In the matter of HARRY LIEB, an attorney at law.

Argued December 13, 1948.

For the rule: *Mr. Frederick C. Vonhof.*
For the respondent: *Mr. Edward R. McGlynn.*

Respondent ordered suspended from the practice of law for a period of two years, January 17, 1949. Opinion reported at 1 N. J. 567.

In the matter of PELLEGRINO JAMES PELLECCHIA, JR., an attorney at law.

Argued December 20, 1948.

For the rule: *Mr. Frederick C. Vonhof.*
For the respondent: No appearance.

Name of respondent ordered stricken from the roll of attorneys, December 20, 1948.

In the matter of MORRIS WESLER, an attorney at law.

Argued March 7, 1949.

For the rule: *Mr. Harry Gottlieb.*
For the respondent: No appearance.

Name of respondent ordered stricken from the roll of attorneys, March 14, 1949.